UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer | Case No. CV 17-02978-AB (ASx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Marvin Rolnick et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The June 21, 2017 Order to Show Cause is hereby discharged.

Dated: June 28, 2017

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE